UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONNIE BRIGGS,

          Plaintiff,

    v.

J KOLLINGS, et al.,

          Defendants.

Case No.  25-cv-10550-EMC

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Re: ECF No. 4

Plaintiff Ronnie Briggs filed this pro se civil rights lawsuit on December 10, 2025.[1]  ECF No. 1.  The same day, Briggs was notified that in order to proceed, he needed to pay the filing fee or file an application to proceed *in forma pauperis* ("IFP") within 28 days.  ECF No. 3.  On January 5, 2026, Briggs filed an incomplete and unsigned application to proceed IFP.  ECF No. 4.  Given that more than 28 days have passed and Briggs failed to pay the filing fee or file a valid IFP application, the case is **DISMISSED WITHOUT PREJUDICE**.  Any motion to reopen the matter must include payment of the filing fee or a completed and signed IFP application.  The Clerk shall terminate all pending motions and close the file.

    **IT IS SO ORDERED.**

Dated: January 28, 2026

_____
EDWARD M. CHEN
United States District Judge

---

[1] The Court notes that the complaint does not list any claims or explain why Defendants have been named.